**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMIAH FOLEY, an Individual, STEPHEN SHRAMO, an Individual<br><br>Plaintiffs,<br><br>vs.<br><br>INTELLIGENT TECHNICAL SOLUTIONS, a Nevada Corporation, DOES I -X; ROE CORPORATIONS I -X. | CASE NO.: 2:18-cv-00516-APG-VCF<br><br>**<u>STIPULATION AND ORDER APPROVING SETTLEMENT</u>** |

COMES NOW, the Plaintiffs, Jeremiah Foley hereinafter ("Foley") and Stephen Shramo ("Shramo") (collectively "Plaintiffs") by and through their attorney, Jenny L. Foley, Ph.D., Esq., of the law firm of HKM Employment Attorneys LLP, and Defendants, Intelligent Technical Solutions ("Defendant"), by and through their attorney, Vincent Aiello, Esq. of the law firm of Greenspoon Marder and hereby stipulate as follows:

1. That the parties have settled all claims raised in Plaintiffs' Amended Complaint filed on May 22, 2018. (ECF Document #5).

2. This matter should be dismissed with prejudice with each party bearing their own fees and costs.

3. Plaintiff will receive full monetary compensation pursuant to the Confidential Settlement Agreement for the claim without relinquishing anything else of value, obviating the need for judicial scrutiny.

Dated this 25st day of June, 2018.  Dated this 25st day of June, 2018

**HKM Employment Attorneys LLP**  **Greenspoon Marder**

*/s/ Jenny L. Foley*  */s/ Vincent Aiello*
Jenny L. Foley, Ph.D., Esq.  Vincent Aiello, Esq.
Nevada Bar No. 9017  Nevada Bar No. 7970
1785 East Sahara Ave., Suite 325  3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89104  Las Vegas, Nevada 89169

# **ORDER**

The Court having reviewed the foregoing proposed Stipulation, and good cause appearing therefor: IT IS HEREBY ORDERED:

1. That the parties have settled all claims raised in Plaintiffs' Amended Complaint filed on May 22, 2018. (ECF Document #5).
2. This matter is dismissed with prejudice with each party to bear their own fees and costs.
3. Plaintiff will receive full monetary compensation pursuant to the Confidential Settlement Agreement for the claim without relinquishing anything else of value, obviating the need for judicial scrutiny.

Dated: June 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ *Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*